**John A. PHILLIPS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40361.**

Missouri Court of Appeals,
Western District.

Nov. 22, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 27, 1988.

Application to Transfer Denied
Feb. 14, 1989.

John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Jefferson City, for respondent.

Before KENNEDY, C.J., and
BERREY and COVINGTON, JJ.

### ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).